IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANTE JONES,

    Plaintiff,

v.

MORGAN STONE ASSOCIATES,

    Defendant.
_____/

No. C 09-03172 JSW

**ORDER ADOPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION**

This matter comes before the Court upon consideration of the Report and Recommendation (the "Report") issued by Magistrate Judge Larson, in which he recommends that Plaintiff's motion for default judgment be granted. Neither party has filed objections to the Report, and the matter is ripe for consideration. For the reasons set forth herein, the Court ADOPTS IN PART AND REJECTS IN PART the Report and GRANTS IN PART AND DENIES WITHOUT PREJUDICE IN PART Plaintiff's motion for default judgment.

Having considered the Report, the Court concludes that each of the *Eitel* factors weighs in favor of granting, in part, Plaintiff's motion for default judgment. *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). The Court adopts the recommendation that Plaintiff be awarded $2,000.00 in statutory damages ($1,000.00 per count). *See* 15 U.S.C. § 1692k(a)(2)(A); Cal. Civ. Code § 1788.30(b). The Court also adopts the recommendation that Plaintiff be awarded $2,312.40 in attorneys' fees and $745.00 in costs. However, the Court finds that Plaintiff's request for anticipated for collection costs is unsupported. Accordingly, the Court rejects the recommendation to award Plaintiff those costs and denies Plaintiff's motion, in part, on that

basis. This ruling is without prejudice to Plaintiff renewing her request for anticipated collection costs, if it is properly supported.

Accordingly, the Court HEREBY ADOPTS IN PART AND REJECTS IN PART the Report and Recommendation. Plaintiff's motion is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART. A separate judgment shall issue, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE